NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RODNEY MCGEE,                           )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-4110
                                        )
KIMBERLY CAMPANELLA,                    )
                                        )
            Appellee.                   )
_____ )

Opinion filed October 17, 2018.

Appeal from the Circuit Court for Charlotte
County; Lisa S. Porter, Judge.

Rodney McGee, pro se.

Kimberly Campanella, pro se.


PER CURIAM.


                    Affirmed.


MORRIS, BLACK, and LUCAS, JJ., Concur.